UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:19-CV-405 |
| | ) | |
| DAVEX ENERGY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

The United States of America, by and through J. Douglas Overbey, United States Attorney

for the Eastern District of Tennessee, brings this action against Defendant, and avers as follows:

1.     This Court has jurisdiction pursuant to 28 U.S.C. § 1345.

2.     Venue is proper pursuant to 28 U.S.C. § 1391.

3.     The Department of Labor, Mine Safety and Health Administration ("MSHA") conducted

inspections of Defendant's work site in Kentucky and found violations of workplace safety

standards under the Federal Mine Safety and Health Act of 1977, 30 U.S.C. § 801 *et seq.*,

30 C.F.R. § 100.1, *et seq.*

4.     As a result of those violations, MSHA assessed civil penalties, interest, additional

penalties, costs, and fees against Defendant.

5.     The amounts owed by Defendant are evidenced by the Certificates of Indebtedness

attached hereto as <u>Collective Exhibit A</u>, and they are summarized as follows:

a.     Principal penalty amount of $5,868, plus interest as of January 31, 2015, in the

amount of $70.72, plus penalties, costs, and fees in the amount of $2,142.84, for a total of

$8,081.56;

b.      Principal penalty amount of $2,016, plus interest as of March 7, 2015, in the amount of $26.97, plus penalties, costs, and fees in the amount of $737.15, for a total of $2,780.12;

c.      Principal penalty amount of $2,000, plus interest as of March 7, 2015, in the amount of $26.74, plus penalties, costs, and fees in the amount of $769.51, for a total of $2,796.25;

d.      Principal penalty amount of $900, plus interest as of March 14, 2015, in the amount of $13.59, plus penalties, costs, and fees in the amount of $353.67, for a total of $1,267.26;

e.      Principal penalty amount of $160, plus interest as of April 4, 2015, in the amount of $1.93, plus penalties, costs, and fees in the amount of $58.43, for a total of $220.36;

f.      Principal penalty amount of $19,000, plus interest as of April 18, 2015, in the amount of $237.36, plus penalties, costs, and fees in the amount of $7,153.83, for a total of $26,391.19;

g.      Principal penalty amount of $5,700, plus interest as of May 9, 2015, in the amount of $94.95, plus penalties, costs, and fees in the amount of $2,166.18, for a total of $7,961.13;

h.      Principal penalty amount of $2,556, plus interest as of May 30, 2015, in the amount of $29.12, plus penalties, costs, and fees in the amount of $932.78, for a total of $3,517.90;

i.      Principal penalty amount of $1,400, plus interest as of June 20, 2015, in the amount of $19.33, plus penalties, costs, and fees in the amount of $529.98, for a total of $1,949.31;

j.      Principal penalty amount of $1,800, plus interest as of July 14, 2015, in the amount of $27.59, plus penalties, costs, and fees in the amount of $685.21, for a total of $2,512.80;

k.      Principal penalty amount of $100, plus interest as of July 14, 2015, in the amount of $1.19, plus penalties, costs, and fees in the amount of $36.51, for a total of $137.70;

2

l.      Principal penalty amount of $570, plus interest as of August 1, 2015, in the amount of $6.86, plus penalties, costs, and fees in the amount of $208.15, for a total of $785.01;

m.      Principal penalty amount of $1,500, plus interest as of August 22, 2015, in the amount of $21.71, plus penalties, costs, and fees in the amount of $565.51, for a total of $2,087.22;

n.      Principal penalty amount of $607, plus interest as of August 29, 2015, in the amount of $7.29, plus penalties, costs, and fees in the amount of $221.65, for a total of $835.94;

o.      Principal penalty amount of $18,000, plus interest as of September 12, 2015, in the amount of $1,219.07, plus penalties, costs, and fees in the amount of $7,188.38, for a total of $26,407.45;

p.      Principal penalty amount of $2,892, plus interest as of September 12, 2015, in the amount of $195.85, plus penalties, costs, and fees in the amount of $1,154.94, for a total of $4,242.79;

q.      Principal penalty amount of $130, plus interest as of October 9, 2015, in the amount of $1.97, plus penalties, costs, and fees in the amount of $49.45, for a total of $181.42;

r.      Principal penalty amount of $312, plus interest as of November 7, 2015, in the amount of $3.56, plus penalties, costs, and fees in the amount of $113.86, for a total of $429.42;

s.      Principal penalty amount of $300, plus interest as of December 5, 2015, in the amount of $3.90, plus penalties, costs, and fees in the amount of $109.66, for a total of $413.56;

t.      Principal penalty amount of $243, plus interest as of January 5, 2016, in the amount

of $3.19, plus penalties, costs, and fees in the amount of $88.83, for a total of $335.02;

u.      Principal penalty amount of $824, plus interest as of January 30, 2016, in the amount of $9.92, plus penalties, costs, and fees in the amount of $300.89, for a total of $1,134.81;

v.      Principal penalty amount of $100, plus interest as of March 5, 2016, in the amount of $1.30, plus penalties, costs, and fees in the amount of $36.56, for a total of $137.86;

w.      Principal penalty amount of $200, plus interest as of May 3, 2016, in the amount of $2.40, plus penalties, costs, and fees in the amount of $73.03, for a total of $275.43;

x.      Principal penalty amount of $400, plus interest as of May 28, 2016, in the amount of $5.44, plus penalties, costs, and fees in the amount of $146.29, for a total of $551.73;

y.      Principal penalty amount of $290, plus interest as of July 9, 2016, in the amount of $5.09, plus penalties, costs, and fees in the amount of $110.62, for a total of $405.71;

z.      Principal penalty amount of $600, plus interest as of July 30, 2016, in the amount of $6.96, plus penalties, costs, and fees in the amount of $219.01, for a total of $825.97;

aa.     Principal penalty amount of $212, plus interest as of August 27, 2016, in the amount of $2.79, plus penalties, costs, and fees in the amount of $77.50, for a total of $292.29;

bb.     Principal penalty amount of $238, plus interest as of October 1, 2016, in the amount of $2.77, plus penalties, costs, and fees in the amount of $86.88, for a total of $327.65;

cc.     Principal penalty amount of $1,138, plus interest as of October 29, 2016, in the amount of $13.21, plus penalties, costs, and fees in the amount of $415.39, for a total of $1,566.60;

dd.	Principal penalty amount of $499, plus interest as of December 31, 2016, in the amount of $5.78, plus penalties, costs, and fees in the amount of $182.14, for a total of $686.92;

ee.	Principal penalty amount of $684, plus interest as of January 28, 2017, in the amount of $8.94, plus penalties, costs, and fees in the amount of $250.03, for a total of $942.97;

ff.	Principal penalty amount of $469, plus interest as of February 25, 2017, in the amount of $6.05, plus penalties, costs, and fees in the amount of $171.41, for a total of $646.46;

gg.	Principal penalty amount of $456, plus interest as of April 8, 2017, in the amount of $8.00, plus penalties, costs, and fees in the amount of $173.96, for a total of $637.96;

hh.	Principal penalty amount of $1,112, plus interest as of May 5, 2017, in the amount of $12.88, plus penalties, costs, and fees in the amount of $405.88, for a total of $1,530.76;

ii.	Principal penalty amount of $858, plus interest as of June 12, 2017, in the amount of $6.63, plus penalties, costs, and fees in the amount of $201.28, for a total of $792.91; and

jj.	Principal penalty amount of $2,370, plus interest as of July 8, 2017, in the amount of $35.81, plus penalties, costs, and fees in the amount of $851.40, for a total of $3,257.21.

6.	Defendant has not paid the afore-mentioned civil penalties and other charges despite the fact that the United States has demanded payment from Defendant for the sum due.

WHEREFORE, the United States seeks judgment against Defendant for the total sum of $107,346.65, plus interest, penalties, costs, and fees as well as the costs expended in maintaining

5

this action.   Notice is hereby given to Defendant that the United States intends to seek satisfaction

of any judgment rendered in its favor in this action from any debt accruing.


Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney


By:   *s/Kenny L. Saffles*
Kenny L. Saffles (BPR #023870)
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN 37902
Kenny.Saffles@usdoj.gov
(865) 545-4167

6

JS 44   (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

UNITED STATES OF AMERICA

**DEFENDANTS**

Davex Energy, LLC.

**(b)**  County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Campbell
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*
Kenny L. Saffles, United States Attorney's Office
800 Market Street, Suite 211
Knoxville, TN 37902 (865) 545-4167

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
       Plaintiff

☐ 3   Federal Question
       *(U.S. Government Not a Party)*

☐ 2   U.S. Government
       Defendant

☐ 4   Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury  - | | ☐ 423 Withdrawal | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | ☐ 690 Other | 28 USC 157 | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 840 Trademark | Corrupt Organizations |
| Student Loans | ☐ 340 Marine | Injury Product | | | ☐ 480 Consumer Credit |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | Act | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 751 Family and Medical | | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury - | Product Liability | Leave Act | | Act |
| | Medical Malpractice | | ☒ 790 Other Labor Litigation | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | or Defendant) | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
       Proceeding

☐ 2   Removed from
       State Court

☐ 3   Remanded from
       Appellate Court

☐ 4   Reinstated or
       Reopened

☐ 5   Transferred from
       Another District
       *(specify)*

☐ 6   Multidistrict
       Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
30 U.S.C. 801, et seq & 30 C.F.R. 100

Brief description of cause:
Failure to pay civil penalties assessed for violations of the Mine Safety and Health Act of 1977

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
   UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
107,346.65

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
10/15/2019

SIGNATURE OF ATTORNEY OF RECORD
s/Kenny L. Saffles

**FOR OFFICE USE ONLY**

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**.** (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.



# U.S. DEPARTMENT OF THE TREASURY
## BUREAU OF THE FISCAL SERVICE
### WASHINGTON, D.C. 20227

## ACTING ON BEHALF OF
## U.S. Department of Labor, Mine Safety and Health Administration
## CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM2015027481

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

|  |  |  |
|---|---|---|
| Principal: | $ | 5,868.00 |
| Interest through 01/31/15*: | $ | 70.72 |
| Penalty fee through 01/31/15*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 1,900.39 |
| DOJ fees: | $ | 242.45 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:** **$ 8,081.56**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY. The citations were issued February – March 2014, and the Proposed Assessment & Statement of Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued September 11, 2014.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Mine Safety and Health Administration.

X _Ashleigh Edmonds_

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

GOVERNMENT
EXHIBIT
A



## U.S. DEPARTMENT OF THE TREASURY
## BUREAU OF THE FISCAL SERVICE
### WASHINGTON, D.C. 20227

### ACTING ON BEHALF OF
### U.S. Department of Labor, Mine Safety and Health Administration
### CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM2015065303

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records
show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---|---|---:|
| Principal: | $ | 2,016.00 |
| Interest through 03/07/15*: | $ | 26.97 |
| Penalty fee through 03/07/15*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 653.75 |
| DOJ fees: | $ | 83.40 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

### TOTAL debt owed as of 07/30/19:      $ 2,780.12

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment
interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and
regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY.
The citations were issued September 2014, and the Proposed Assessment & Statement of Account, which
named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued
October 9, 2014.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing
is true and correct to the best of my knowledge and belief based upon information provided by the U.S.
Department of Labor, Mine Safety and Health Administration.

X _Ashleigh Edmonds_

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



# U.S. DEPARTMENT OF THE TREASURY
## BUREAU OF THE FISCAL SERVICE
### WASHINGTON, D.C. 20227

## ACTING ON BEHALF OF
### U.S. Department of Labor, Mine Safety and Health Administration
### CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM2015065310

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

|  |  |  |
|---|---|---|
| Principal: | $ | 2,000.00 |
| Interest through 03/07/15*: | $ | 26.74 |
| Penalty fee through 03/07/15*: | $ | 18.08 |
| Admin fee: | $ | 10.00 |
| DMS fees: | $ | 657.54 |
| DOJ fees: | $ | 83.89 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:     $ 2,796.25**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY. The citations were issued November 2013 – March 2014, and the Proposed Assessment & Statement of Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued May 8, 2014.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Mine Safety and Health Administration.

X _Ashleigh Edmonds_

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
U.S. Department of Labor, Mine Safety and Health Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM2015073766

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records
show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---|---|---|
| Principal: | $ | 900.00 |
| Interest through 03/14/15*: | $ | 13.59 |
| Penalty fee through 03/14/15*: | $ | 7.65 |
| Admin fee: | $ | 10.00 |
| DMS fees: | $ | 298.00 |
| DOJ fees: | $ | 38.02 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:    $ 1,267.26**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment
interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and
regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY.
The citations were issued March 2014 – September 2014, and the Proposed Assessment & Statement of
Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction,
was issued October 2, 2014.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing
is true and correct to the best of my knowledge and belief based upon information provided by the U.S.
Department of Labor, Mine Safety and Health Administration.

> X  _Ashleigh Edmonds_
>
> July 30, 2019
>
> Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
U.S. Department of Labor, Mine Safety and Health Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1500089840

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records
show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---|---|---|
| Principal: | $ | 160.00 |
| Interest through 04/04/15*: | $ | 1.93 |
| Penalty fee through 04/04/15*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 51.82 |
| DOJ fees: | $ | 6.61 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:    $    220.36**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment
interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and
regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY.
The citations were issued April 2014 – September 2014, and the Proposed Assessment & Statement of
Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction,
was issued November 6, 2014.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing
is true and correct to the best of my knowledge and belief based upon information provided by the U.S.
Department of Labor, Mine Safety and Health Administration.

X ~Ashleigh Edmonds~

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



# U.S. DEPARTMENT OF THE TREASURY
# BUREAU OF THE FISCAL SERVICE
# WASHINGTON, D.C. 20227

## ACTING ON BEHALF OF
## U.S. Department of Labor, Mine Safety and Health Administration
## CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1500105103

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

| | |
|---|---|
| Principal: | $19,000.00 |
| Interest through 04/18/15*: | $  237.36 |
| Penalty fee through 04/18/15*: | $  156.16 |
| Admin fee: | $   0.00 |
| DMS fees: | $ 6,205.93 |
| DOJ fees: | $  791.74 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:**     **$26,391.19**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY. The citations were issued December 2012 - April 2013, and the Proposed Assessment & Statement of Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued May 9, 2013.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Mine Safety and Health Administration.

X _Ashleigh Edmonds_

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



# U.S. DEPARTMENT OF THE TREASURY
## BUREAU OF THE FISCAL SERVICE
### WASHINGTON, D.C. 20227

## ACTING ON BEHALF OF
### U.S. Department of Labor, Mine Safety and Health Administration
### CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1500121930

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---|---|---:|
| Principal: | $ | 5,700.00 |
| Interest through 05/09/15*: | $ | 94.95 |
| Penalty fee through 05/09/15*: | $ | 55.28 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 1,872.07 |
| DOJ fees: | $ | 238.83 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:** **$ 7,961.13**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY. The citations were issued May 2014, and the Proposed Assessment & Statement of Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued December 12, 2014.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Mine Safety and Health Administration.

> X _Ashleigh Edmonds_
>
> July 30, 2019
>
> Signed by: Ashleigh N. Edmonds
> Ashleigh Edmonds
> Financial Program Specialist
> U.S. Department of the Treasury
> Bureau of the Fiscal Service



**U.S. DEPARTMENT OF THE TREASURY**
**BUREAU OF THE FISCAL SERVICE**
**WASHINGTON, D.C. 20227**

**ACTING ON BEHALF OF**
U.S. Department of Labor, Mine Safety and Health Administration
**CERTIFICATE OF INDEBTEDNESS**

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1500141156

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---:|:---:|---:|
| Principal: | $ | 2,556.00 |
| Interest through 05/30/15*: | $ | 29.12 |
| Penalty fee through 05/30/15*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 827.24 |
| DOJ fees: | $ | 105.54 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:    $ 3,517.90**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY. The citations were issued August 2014 - November 2014, and the Proposed Assessment & Statement of Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued January 8, 2015.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Mine Safety and Health Administration.

X  *Ashleigh Edmonds*

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
U.S. Department of Labor, Mine Safety and Health Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1500163054

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

|                                    |    |          |
|-----------------------------------:|----|---------:|
| Principal:                         | $  | 1,400.00 |
| Interest through 06/20/15*:        | $  |    19.33 |
| Penalty fee through 06/20/15*:     | $  |    13.12 |
| Admin fee:                         | $  |     0.00 |
| DMS fees:                          | $  |   458.38 |
| DOJ fees:                          | $  |    58.48 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:    $ 1,949.31**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY. The citations were issued March 2014 – September 2014, and the Proposed Assessment & Statement of Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued October 2, 2014.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Mine Safety and Health Administration.

> X _Ashleigh Edmonds_
>
> July 30, 2019
>
> Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



**U.S. DEPARTMENT OF THE TREASURY**
**BUREAU OF THE FISCAL SERVICE**
**WASHINGTON, D.C. 20227**

**ACTING ON BEHALF OF**
U.S. Department of Labor, Mine Safety and Health Administration
**CERTIFICATE OF INDEBTEDNESS**

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1500171820

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---:|---|---:|
| Principal: | $ | 1,800.00 |
| Interest through 07/14/15*: | $ | 27.59 |
| Penalty fee through 07/14/15*: | $ | 18.94 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 590.89 |
| DOJ fees: | $ | 75.38 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:    $ 2,512.80**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY. The citations were issued March 2014 – September 2014, and the Proposed Assessment & Statement of Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued October 2, 2014.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Mine Safety and Health Administration.

> X _Ashleigh Edmonds_
> July 30, 2019
> Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



# U.S. DEPARTMENT OF THE TREASURY
## BUREAU OF THE FISCAL SERVICE
### WASHINGTON, D.C. 20227

## ACTING ON BEHALF OF
## U.S. Department of Labor, Mine Safety and Health Administration
## CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1500171836

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

|  |  |  |
|---|---|---|
| Principal: | $ | 100.00 |
| Interest through 07/14/15*: | $ | 1.19 |
| Penalty fee through 07/14/15*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 32.38 |
| DOJ fees: | $ | 4.13 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:     $   137.70**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY. The citations were issued January 2015, and the Proposed Assessment & Statement of Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued February 12, 2015.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Mine Safety and Health Administration.

X ~~Ashleigh Edmonds~~

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
U.S. Department of Labor, Mine Safety and Health Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1500189730

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records
show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---|---|---:|
| Principal: | $ | 570.00 |
| Interest through 08/01/15*: | $ | 6.86 |
| Penalty fee through 08/01/15*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 184.60 |
| DOJ fees: | $ | 23.55 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:    $    785.01**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment
interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and
regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY.
The citations were issued August 2014 - February 2015, and the Proposed Assessment & Statement of
Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction,
was issued March 12, 2015.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing
is true and correct to the best of my knowledge and belief based upon information provided by the U.S.
Department of Labor, Mine Safety and Health Administration.

X  _Ashleigh Edmonds_

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



**U.S. DEPARTMENT OF THE TREASURY**
**BUREAU OF THE FISCAL SERVICE**
**WASHINGTON, D.C. 20227**

ACTING ON BEHALF OF
U.S. Department of Labor, Mine Safety and Health Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1500237063

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---:|:--:|---:|
| Principal: | $ | 1,500.00 |
| Interest through 08/22/15*: | $ | 21.71 |
| Penalty fee through 08/22/15*: | $ | 12.08 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 490.81 |
| DOJ fees: | $ | 62.62 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:     $ 2,087.22**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY. The citations were issued September 2014, and the Proposed Assessment & Statement of Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued March 23, 2015.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Mine Safety and Health Administration.

X  *Ashleigh Edmonds*

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



## U.S. DEPARTMENT OF THE TREASURY
## BUREAU OF THE FISCAL SERVICE
## WASHINGTON, D.C. 20227

### ACTING ON BEHALF OF
### U.S. Department of Labor, Mine Safety and Health Administration
### CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1500241119

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records
show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---:|:---:|---:|
| Principal: | $ | 607.00 |
| Interest through 08/29/15*: | $ | 7.29 |
| Penalty fee through 08/29/15*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 196.57 |
| DOJ fees: | $ | 25.08 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:**  **$  835.94**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment
interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and
regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY.
The citations were issued February 2015, and the Proposed Assessment & Statement of Account, which
named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued April
9, 2015.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing
is true and correct to the best of my knowledge and belief based upon information provided by the U.S.
Department of Labor, Mine Safety and Health Administration.

> X  *Ashleigh Edmonds*
>
> July 30, 2019
>
> Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



# U.S. DEPARTMENT OF THE TREASURY
## BUREAU OF THE FISCAL SERVICE
### WASHINGTON, D.C. 20227

### ACTING ON BEHALF OF
## U.S. Department of Labor, Mine Safety and Health Administration
## CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1500255295

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

|  |  |
|---|---|
| Principal: | $18,000.00 |
| Interest through 09/12/15*: | $ 1,219.07 |
| Penalty fee through 09/12/15*: | $ 186.41 |
| Admin fee: | $ 0.00 |
| DMS fees: | $ 6,209.75 |
| DOJ fees: | $ 792.22 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:** **$26,407.45**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY. The citations were issued November 2012, and the Proposed Assessment & Statement of Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued March 7, 2014.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Mine Safety and Health Administration.

X _Ashleigh Edmonds_

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
U.S. Department of Labor, Mine Safety and Health Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1500255298

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

| | |
|---|---|
| Principal: | $ 2,892.00 |
| Interest through 09/12/15*: | $ 195.85 |
| Penalty fee through 09/12/15*: | $ 29.96 |
| Admin fee: | $ 0.00 |
| DMS fees: | $ 997.70 |
| DOJ fees: | $ 127.28 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:    $ 4,242.79**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY. The citations were issued October 2013 - November 2013, and the Proposed Assessment & Statement of Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued March 6, 2014.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Mine Safety and Health Administration.

X  *Ashleigh Edmonds*

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



# U.S. DEPARTMENT OF THE TREASURY
## BUREAU OF THE FISCAL SERVICE
### WASHINGTON, D.C. 20227

## ACTING ON BEHALF OF
### U.S. Department of Labor, Mine Safety and Health Administration
### CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1500278434

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records
show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---:|:--:|---:|
| Principal: | $ | 130.00 |
| Interest through 10/09/15*: | $ | 1.97 |
| Penalty fee through 10/09/15*: | $ | 1.35 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 42.66 |
| DOJ fees: | $ | 5.44 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

### TOTAL debt owed as of 07/30/19:    $    181.42

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment
interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and
regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY.
The citations were issued June 2014, and the Proposed Assessment & Statement of Account, which
named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued August
7, 2014.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing
is true and correct to the best of my knowledge and belief based upon information provided by the U.S.
Department of Labor, Mine Safety and Health Administration.

X _Ashleigh Edmonds_

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
U.S. Department of Labor, Mine Safety and Health Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1500301564

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records
show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---|---|---|
| Principal: | $ | 312.00 |
| Interest through 11/07/15*: | $ | 3.56 |
| Penalty fee through 11/07/15*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 100.98 |
| DOJ fees: | $ | 12.88 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:  $   429.42**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment
interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and
regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY.
The citations were issued April 2015, and the Proposed Assessment & Statement of Account, which
named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued June
11, 2015.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing
is true and correct to the best of my knowledge and belief based upon information provided by the U.S.
Department of Labor, Mine Safety and Health Administration.

X  *Ashleigh Edmonds*

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
U.S. Department of Labor, Mine Safety and Health Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1500323839

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---:|:---:|---:|
| Principal: | $ | 300.00 |
| Interest through 12/05/15*: | $ | 3.90 |
| Penalty fee through 12/05/15*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 97.25 |
| DOJ fees: | $ | 12.41 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:   $   413.56**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY. The citations were issued May 2015, and the Proposed Assessment & Statement of Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued July 9, 2015.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Mine Safety and Health Administration.

X  *Ashleigh Edmonds*

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
U.S. Department of Labor, Mine Safety and Health Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1600000714

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records
show that the debtor named above is indebted to the United States in the amount stated as follows:

|  |  |  |
|---|---|---|
| Principal: | $ | 243.00 |
| Interest through 01/05/16*: | $ | 3.19 |
| Penalty fee through 01/05/16*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 78.78 |
| DOJ fees: | $ | 10.05 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:     $     335.02**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment
interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and
regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY.
The citations were issued June 2015, and the Proposed Assessment & Statement of Account, which
named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued August
6, 2015.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing
is true and correct to the best of my knowledge and belief based upon information provided by the U.S.
Department of Labor, Mine Safety and Health Administration.

> X  *Ashleigh Edmonds*
>
> July 30, 2019
>
> Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



# U.S. DEPARTMENT OF THE TREASURY
## BUREAU OF THE FISCAL SERVICE
### WASHINGTON, D.C. 20227

## ACTING ON BEHALF OF
### U.S. Department of Labor, Mine Safety and Health Administration
### CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1600043835

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---:|---|---:|
| Principal: | $ | 824.00 |
| Interest through 01/30/16*: | $ | 9.92 |
| Penalty fee through 01/30/16*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 266.85 |
| DOJ fees: | $ | 34.04 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:     $ 1,134.81**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY. The citations were issued July 2015 - August 2015, and the Proposed Assessment & Statement of Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued September 10, 2015.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Mine Safety and Health Administration.

X  *Ashleigh Edmonds*

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
U.S. Department of Labor, Mine Safety and Health Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1600085939

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records
show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---|---|---:|
| Principal: | $ | 100.00 |
| Interest through 03/05/16*: | $ | 1.30 |
| Penalty fee through 03/05/16*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 32.42 |
| DOJ fees: | $ | 4.14 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:    $    137.86**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment
interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and
regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY.
The citations were issued August 2015, and the Proposed Assessment & Statement of Account, which
named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued
October 8, 2015.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing
is true and correct to the best of my knowledge and belief based upon information provided by the U.S.
Department of Labor, Mine Safety and Health Administration.

X _Ashleigh Edmonds_

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
U.S. Department of Labor, Mine Safety and Health Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1600148598

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---:|---|---:|
| Principal: | $ | 200.00 |
| Interest through 05/03/16*: | $ | 2.40 |
| Penalty fee through 05/03/16*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 64.77 |
| DOJ fees: | $ | 8.26 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:** $ **275.43**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY. The citations were issued October 2015, and the Proposed Assessment & Statement of Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued December 10, 2015.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Mine Safety and Health Administration.

X _Ashleigh Edmonds_
July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



**U.S. DEPARTMENT OF THE TREASURY**
**BUREAU OF THE FISCAL SERVICE**
**WASHINGTON, D.C. 20227**

**ACTING ON BEHALF OF**
U.S. Department of Labor, Mine Safety and Health Administration
**CERTIFICATE OF INDEBTEDNESS**

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1600189104

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records
show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---:|:--:|---:|
| Principal: | $ | 400.00 |
| Interest through 05/28/16*: | $ | 5.44 |
| Penalty fee through 05/28/16*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 129.74 |
| DOJ fees: | $ | 16.55 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:**     **$     551.73**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment
interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and
regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY.
The citations were issued December 2015, and the Proposed Assessment & Statement of Account, which
named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued
January 7, 2016.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing
is true and correct to the best of my knowledge and belief based upon information provided by the U.S.
Department of Labor, Mine Safety and Health Administration.

✗  *Ashleigh Edmonds*

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
U.S. Department of Labor, Mine Safety and Health Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1600239427

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records
show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---:|:---:|---:|
| Principal: | $ | 290.00 |
| Interest through 07/09/16*: | $ | 5.09 |
| Penalty fee through 07/09/16*: | $ | 3.05 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 95.40 |
| DOJ fees: | $ | 12.17 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:**   **$   405.71**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment
interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and
regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY.
The citations were issued December 2015, and the Proposed Assessment & Statement of Account, which
named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued
February 11, 2016.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing
is true and correct to the best of my knowledge and belief based upon information provided by the U.S.
Department of Labor, Mine Safety and Health Administration.

X   *Ashleigh Edmonds*

July 30, 2019

Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



# U.S. DEPARTMENT OF THE TREASURY
## BUREAU OF THE FISCAL SERVICE
### WASHINGTON, D.C. 20227

## ACTING ON BEHALF OF
U.S. Department of Labor, Mine Safety and Health Administration
### CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1600267508

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records
show that the debtor named above is indebted to the United States in the amount stated as follows:

|  |  |  |
|---:|:---:|---:|
| Principal: | $ | 600.00 |
| Interest through 07/30/16*: | $ | 6.96 |
| Penalty fee through 07/30/16*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 194.23 |
| DOJ fees: | $ | 24.78 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:     $     825.97**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment
interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and
regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY.
The citations were issued January 2016 - February 2016, and the Proposed Assessment & Statement of
Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction,
was issued March 10, 2016.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing
is true and correct to the best of my knowledge and belief based upon information provided by the U.S.
Department of Labor, Mine Safety and Health Administration.

X _Ashleigh Edmonds_

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



# U.S. DEPARTMENT OF THE TREASURY
## BUREAU OF THE FISCAL SERVICE
### WASHINGTON, D.C. 20227

## ACTING ON BEHALF OF
## U.S. Department of Labor, Mine Safety and Health Administration
## CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1600308003

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---:|:---:|---:|
| Principal: | $ | 212.00 |
| Interest through 08/27/16*: | $ | 2.79 |
| Penalty fee through 08/27/16*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 68.73 |
| DOJ fees: | $ | 8.77 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:     $   292.29**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY. The citations were issued February 2016, and the Proposed Assessment & Statement of Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued April 7, 2016.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Mine Safety and Health Administration.

X _Ashleigh Edmonds_

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
U.S. Department of Labor, Mine Safety and Health Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1600346711

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records
show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---|---|---|
| Principal: | $ | 238.00 |
| Interest through 10/01/16*: | $ | 2.77 |
| Penalty fee through 10/01/16*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 77.05 |
| DOJ fees: | $ | 9.83 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:     $   327.65**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment
interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and
regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY.
The citations were issued April 2016, and the Proposed Assessment & Statement of Account, which
named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued May
12, 2016.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing
is true and correct to the best of my knowledge and belief based upon information provided by the U.S.
Department of Labor, Mine Safety and Health Administration.

X _Ashleigh Edmonds_

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



### U.S. DEPARTMENT OF THE TREASURY
### BUREAU OF THE FISCAL SERVICE
### WASHINGTON, D.C. 20227

## ACTING ON BEHALF OF
## U.S. Department of Labor, Mine Safety and Health Administration
## CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1600387417

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

|  |  |  |
|---|---|---|
| Principal: | $ | 1,138.00 |
| Interest through 10/29/16*: | $ | 13.21 |
| Penalty fee through 10/29/16*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 368.39 |
| DOJ fees: | $ | 47.00 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

### TOTAL debt owed as of 07/30/19: $ 1,566.60

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY. The citations were issued April 2016 – May 2016, and the Proposed Assessment & Statement of Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued June 9, 2016.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Mine Safety and Health Administration.

X _Ashleigh Edmonds_

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



**U.S. DEPARTMENT OF THE TREASURY**
**BUREAU OF THE FISCAL SERVICE**
**WASHINGTON, D.C. 20227**

ACTING ON BEHALF OF
U.S. Department of Labor, Mine Safety and Health Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1600462650

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---:|---|---:|
| Principal: | $ | 499.00 |
| Interest through 12/31/16*: | $ | 5.78 |
| Penalty fee through 12/31/16*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 161.53 |
| DOJ fees: | $ | 20.61 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:  $   686.92**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY. The citations were issued April 2016 – July 2016, and the Proposed Assessment & Statement of Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued August 11, 2016.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Mine Safety and Health Administration.

X ~Ashleigh Edmonds~

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
U.S. Department of Labor, Mine Safety and Health Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1700219080

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records
show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---|---|---|
| Principal: | $ | 684.00 |
| Interest through 01/28/17*: | $ | 8.94 |
| Penalty fee through 01/28/17*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 221.74 |
| DOJ fees: | $ | 28.29 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:** $ **942.97**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment
interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and
regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY.
The citations were issued July 2016 - August 2016, and the Proposed Assessment & Statement of
Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction,
was issued September 2, 2016.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing
is true and correct to the best of my knowledge and belief based upon information provided by the U.S.
Department of Labor, Mine Safety and Health Administration.

X _Ashleigh Edmonds_

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



# U.S. DEPARTMENT OF THE TREASURY
## BUREAU OF THE FISCAL SERVICE
### WASHINGTON, D.C. 20227

## ACTING ON BEHALF OF
### U.S. Department of Labor, Mine Safety and Health Administration
## CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1700531831

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---:|:---:|---:|
| Principal: | $ | 469.00 |
| Interest through 02/25/17*: | $ | 6.05 |
| Penalty fee through 02/25/17*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 152.02 |
| DOJ fees: | $ | 19.39 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:   $   646.46**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY. The citations were issued August 2016, and the Proposed Assessment & Statement of Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued October 6, 2016.

**CERTIFICATION:**   Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Mine Safety and Health Administration.

X  _Ashleigh Edmonds_
July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
U.S. Department of Labor, Mine Safety and Health Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1700787424

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records
show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---:|:---:|---:|
| Principal: | $ | 456.00 |
| Interest through 04/08/17*: | $ | 8.00 |
| Penalty fee through 04/08/17*: | $ | 4.80 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 150.02 |
| DOJ fees: | $ | 19.14 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:  $   637.96**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment
interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and
regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY.
The citations were issued September 2016 - October 2016, and the Proposed Assessment & Statement of
Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction,
was issued November 10, 2016.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing
is true and correct to the best of my knowledge and belief based upon information provided by the U.S.
Department of Labor, Mine Safety and Health Administration.

X _Ashleigh Edmonds_

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



# U.S. DEPARTMENT OF THE TREASURY
## BUREAU OF THE FISCAL SERVICE
### WASHINGTON, D.C. 20227

## ACTING ON BEHALF OF
### U.S. Department of Labor, Mine Safety and Health Administration
## CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1701020601

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---:|---|---:|
| Principal: | $ | 1,112.00 |
| Interest through 05/05/17*: | $ | 12.88 |
| Penalty fee through 05/05/17*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 359.96 |
| DOJ fees: | $ | 45.92 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:**     **$ 1,530.76**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY. The citations were issued October 2016, and the Proposed Assessment & Statement of Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued December 8, 2016.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Mine Safety and Health Administration.

X _Ashleigh Edmonds_

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
U.S. Department of Labor, Mine Safety and Health Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1701264136

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records
show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---:|---|---:|
| Principal: | $ | 585.00 |
| Interest through 06/12/17*: | $ | 6.63 |
| Penalty fee through 06/12/17*: | $ | 0.00 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 177.49 |
| DOJ fees: | $ | 23.79 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:    $    792.91**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment
interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and
regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY.
The citations were issued November 2016, and the Proposed Assessment & Statement of Account, which
named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued
January 13, 2017.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing
is true and correct to the best of my knowledge and belief based upon information provided by the U.S.
Department of Labor, Mine Safety and Health Administration.

X  _Ashleigh Edmonds_

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
U.S. Department of Labor, Mine Safety and Health Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Davex Energy, LLC
494 McGhee St.
Jellico, TN 37762

RE: Treasury Claim TRFM1701479141

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records
show that the debtor named above is indebted to the United States in the amount stated as follows:

|  |  |  |
|---|---|---|
| Principal: | $ | 2,370.00 |
| Interest through 07/08/17*: | $ | 35.81 |
| Penalty fee through 07/08/17*: | $ | 24.57 |
| Admin fee: | $ | 0.00 |
| DMS fees: | $ | 729.11 |
| DOJ fees: | $ | 97.72 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 07/30/19:    $ 3,257.21**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment
interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and
regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Knox, KY.
The citations were issued July 2016 - August 2016, and the Proposed Assessment & Statement of
Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction,
was issued September 2, 2016.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing
is true and correct to the best of my knowledge and belief based upon information provided by the U.S.
Department of Labor, Mine Safety and Health Administration.

X _Ashleigh Edmonds_

July 30, 2019

Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service